The People of the State of Illinois, Plaintiff-Appellee, *v.* Alfonzo Ford, Defendant-Appellant.

(No. 58947;

First District (5th Division)—January 24, 1975.

PER CURIAM.

Paul Bradley and James Streicker, both of State Appellate Defender's Office, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., Assistant State's Attorney, of counsel), for the People.